TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE, SUITE 132
MENLO PARK, CA 94025
PHONE: (650) 324-2223/(650) 324-2277
FAX: (650) 324-0178
email - ras@techtriallaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. FOSTER,<br><br>    Plaintiff,<br>v.<br><br>SCME MORTGAGE BANKERS, INC., *et al.*,<br><br>    Defendants.<br>_____/ | CASE NO. 10-CV-00518 WBS GGH<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

Upon Plaintiff's application to continue the hearing on his Application For Temporary Restraining Order from March 8, 2010 to April 5, 2010, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

Plaintiff's application is GRANTED.  Hearing on Plaintiff's Application For Temporary Restraining Order shall be held on April 5, 2010 at 2:00 p.m.

Any opposition to Plaintiff's Motion For Temporary Restraining Order must be filed and personally served on Plaintiff's counsel or served by email on March 23, 2010.

A reply memorandum may be filed by March 30, 2010, and shall be personally served or served by email or facsimile on the date of filing.

Dated: March 8, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE