```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
                               ----oo0oo----
11
12   GARY L. FOSTER,
                                          NO. CIV. 2:10-518 WBS GGH
13             Plaintiff,
14        v.                              ORDER
15   SCME MORTGAGE BANKERS, INC. a
     California corporation; CLEVER
16   KEY FINANCIAL, LLC, a
     California limited liability
17   company; WEST COAST MORTGAGE,
     a business entity of unknown
18   form, HOMECOMING FINANCIAL,
     LLC, a Delaware limited
19   liability company f/k/a
     HOMECOMINGS FINANCIAL NETWORK,
20   INC.; MORTGAGE ELECTRONIC
     REGISTRATION SYSTEMS, INC. a
21   Delaware corporation; AURORA
     LOAN SERVICERS, LLC a Delaware
22   limited liability company;
     CAL-WESTERN RECONVEYANCE
23   CORPORATION, a California
     corporation; FREDERICK WINSTON
24   WILLIAMS II, an individual;
     and DEBORAH DIAZ, an
25   individual,,
26             Defendants.
                                       /
27
28                             ----oo0oo----

                                    1
```

On April 28, 2010, plaintiff filed an amended complaint (Docket No. 33) and a motion for preliminary injunction (Docket No. 29) to stop the foreclosure sale of his home currently scheduled for May 7, 2010.  Plaintiff concurrently filed a motion to shorten time on the hearing on plaintiff's motion for preliminary injunction so that the motion could be heard before the foreclosure sale goes forward.  (Docket No. 26.)  Despite knowing since early April that the foreclosure sale had been rescheduled to early May, plaintiff failed to file his motion for preliminary injunction in time to allow it to be heard on the court's regularly scheduled law and motion calendar.  See E.D. Cal. Local R. 230(b), 231(d).  The court will therefore consider plaintiff's motion as one for a temporary restraining order.

IT IS THEREFORE ORDERED that a hearing on plaintiff's motion for temporary restraining order is set for May 6, 2010, at 9:00 a.m.

IT IS FURTHER ORDERED that any opposition to plaintiff's motion for a temporary restraining order be filed by May 3, 2010, and any reply be filed by May 5, 2010.

DATED:  April 28, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE