UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. FOSTER,<br><br>        Plaintiff,<br><br>v.<br><br>SCME MORTGAGE BANKERS, INC., *et al.*,<br><br>        Defendants.<br>_____/ | CASE NO.  10-CV-00518 WBS GGH<br><br>**ORDER DENYING PLAINTIFF'S COUNSEL TO TELEPHONICALLY ATTEND HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   June 7, 2010<br>Time: 2:00 p.m.<br>Crtrm:   5 |

   The written request by counsel for Plaintiff GARY FOSTER to telephonically appear at the hearing on Plaintiff's Motion For Preliminary Injunction set for June 14, 2010, is DENIED. The court requests that counsel appear personally for arguments on the motion.

Dated:   June 10, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE