UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. FOSTER,<br><br>        Plaintiff,<br><br>  vs.<br><br>SCME MORTGAGE BANKERS, INC., et al.,<br><br>        Defendants. | Case No.:  10-CV-00518 WBS GGH<br><br>ORDER DENYING REQUEST TO ATTEND THE PRELIMINARY INJUNCTION HEARING TELEPHONICALLY<br><br>Date:      June 14, 2010<br>Time:     2:00 P.M.<br>Courtroom: 5 |

The written request by counsel for Defendant Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc. to telephonically appear at the hearing on Plaintiff's Motion for Preliminary Injunction set for June 14, 2010, at 2:00 p.m., is DENIED. The court requests that counsel appear personally for arguments on the motion.

DATED:  June 10, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

00000/0000/817121.1

[PROPOSED] ORDER RE REQUEST TO ATTEND TELEPHONICALLY