UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY L. FOSTER,

        Plaintiff,

    v.

SCME MORTGAGE BANKERS, INC. a
California corporation; CLEVER
KEY FINANCIAL, LLC, a
California limited liability
company; WEST COAST MORTGAGE,
a business entity of unknown
form, HOMECOMING FINANCIAL,
LLC, a Delaware limited
liability company f/k/a
HOMECOMINGS FINANCIAL NETWORK,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. a
Delaware corporation; AURORA
LOAN SERVICERS, LLC a Delaware
limited liability company;
CAL-WESTERN RECONVEYANCE
CORPORATION, a California
corporation; FREDERICK WINSTON
WILLIAMS II, an individual;
and DEBORAH DIAZ, an
individual,

        Defendants.
_____/

NO. CIV. 2:10-518 WBS GGH


ORDER RE: MOTION FOR LEAVE TO
AMEND COMPLAINT AND MOTION TO
STRIKE

1

1    Because oral argument will not be of assistance to the

2    court in ruling on defendants' motion to strike and plaintiff's

3    motion for leave to amend, the hearing date of June 21, 2010 for

4    those motions is VACATED pursuant to Local Rule 230(g) and the

5    court will take the motions under submission without oral

6    argument.

7    Federal Rule of Civil Procedure 15(a) provides that

8    plaintiffs may amend their complaint once as a matter of course

9    within twenty-one days of, <u>inter alia</u>, the service of a Rule

10   12(b) motion by the defendant.  Fed. R. Civ. P. 15(a)(1).  In all

11   other circumstances, the plaintiff must receive the opposing

12   party's written consent or leave of the court before amending his

13   complaint.  Fed. R. Civ. P. 15(a)(2).  Courts evaluating a motion

14   for leave to amend "should freely give leave when justice so

15   requires."  Fed. R. Civ. P. 15(a)(2).

16   Plaintiff filed a First Amended Complaint ("FAC") on

17   April 28, 2010 (Docket No. 33), twenty-three days after

18   defendants Mortgage Electronic Registration Systems, Inc.

19   ("MERS") and Aurora Loan Services ("Aurora") filed a motion to

20   dismiss (Docket No. 19) and without first obtaining a stipulation

21   from all parties or leave of the court pursuant to Rule 15(a)(2).

22   MERS and Aurora filed a motion to strike plaintiff's FAC pursuant

23   to Rule 12(f) for failure to obtain a stipulation of the parties

24   (Docket No. 39), and plaintiff subsequently filed a motion for

25   leave to amend his Complaint.  (Docket No. 50.)  While the FAC

26   repeats much of plaintiff's original Complaint, it adds

27   considerable more detail to plaintiff's Truth in Lending Act, 15

28   U.S.C. § 1601, cause of action and deletes plaintiff's cause of

2

1   action for violation of California Civil Code section 2943.  (See
2   FAC.)  At this early stage in the proceedings, any prejudice or
3   delay to defendants is minimal.  The court will therefore grant
4   plaintiff's motion for leave to amend his Complaint.

5            IT IS THEREFORE ORDERED that plaintiff's motion for
6   leave to amend his Complaint be, and the same hereby is, GRANTED.

7            IT IS FURTHER ORDERED that defendants' motion to strike
8   is DENIED.

9            Plaintiff's First Amended Complaint (Docket No. 33)
10  filed April 28, 2010, and attached as Exhibit A to plaintiff's
11  motion for leave to amend (Docket No. 50), is hereby considered
12  the operative Complaint in this action.
13  DATED:  June 17, 2010

14

15  _____
           WILLIAM B. SHUBB
16         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                             3