MARY KATE SULLIVAN (State Bar No. 180203)
JASON M. JULIAN (State Bar No. 215342)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 398-3344
Facsimile:     (415) 956-0439

Attorneys for Defendant
Homecomings Financial, LLC f/k/a
Homecomings Financial Network, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GARY L. FOSTER,<br><br>          Plaintiff,<br><br>     vs.<br><br>SCME MORTGAGE BANKERS, INC., et al.,<br><br>          Defendants. | Case No.:  10-CV-00518 WBS GGH<br><br>ORDER ALLOWING REQUEST TO ATTEND THE MOTION TO DISMISS HEARING TELEPHONICALLY<br><br>Date:          January 18, 2011<br>Time:          2:00 P.M.<br>Courtroom: 5 |
|---|---|

Pursuant to the written request by counsel for Defendant Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc. ("Homecomings") to telephonically appear at the hearing on Homecomings' Motion to Dismiss set for January 18, 2011, at 2:00 p.m., this Court hereby grants such request.  The courtroom deputy shall initiate the telephone conference call to Mr. Julian at (415) 677-5552.

DATED: January 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

19000/0356/826140.2