UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| GARY FOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>SCME MORTGAGE BANKERS, INC., a California corporation; CLEVER KEY FINANCIAL, LLC, a California limited liability company; WEST COAST MORTGAGE, a business entity of unknown form; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company f/k/a HOMECOMINGS FINANCIAL NETWORK, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC, a Delaware corporation; AURORA LOAN SERVICES LLC, a Delaware limited liability company; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; FREDERICK WINSTON WILLIAMS II, an individual, DEBORAH DIAZ, an individual,<br><br>    Defendants. | Case No. 2:10-cv-00518-WBS-GGH<br>Hon. William B. Shubb<br><br>**ORDER GRANTING REQUEST TO ATTEND HEARING ON AURORA LOAN SERVICES LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT TELEPHONICALLY**<br><br>Hearing Date<br>Date:   January 18, 2011<br>Time:  2:00 p.m.<br>Ctrm:   5 – 14th Floor<br><br>FAC Filed:         April 28, 2010<br>Complaint Filed: March 3, 2010<br>Trial Date:        None |

///

///

{DN049372;1}              1              CASE NO. 2:10-CV-00518-WBS-GGH

**[PROPOSED] ORDER GRANTING REQUEST TO ATTEND HEARING ON AURORA LOAN SERVICES LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT TELEPHONICALLY**

Pursuant to the written request by counsel for defendants Aurora Loan Services LLC (**Aurora**) and Mortgage Electronic Registration Systems, Inc. (**MERS**) to telephonically appear at the hearing on Aurora's and MERS' motion to dismiss plaintiff's first amended complaint set for January 18, 2011 at 2:00 p.m., this Court hereby grants such request. The courtroom deputy shall initiate the telephone conference call to Ms. Edwards at (303) 260-7712.

Dated: January 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342