UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| GARY FOSTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCME MORTGAGE BANKERS, INC., a California corporation; CLEVER KEY FINANCIAL, LLC, a California limited liability company; WEST COAST MORTGAGE, a business entity of unknown form; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company f/k/a HOMECOMINGS FINANCIAL NETWORK, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC, a Delaware corporation; AURORA LOAN SERVICES LLC, a Delaware limited liability company; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; FREDERICK WINSTON WILLIAMS II, an individual, DEBORAH DIAZ, an individual,<br><br>　　　　Defendants. | Case No. 2:10-cv-00518-WBS-GGH<br>Hon. William B. Shubb<br><br>**ORDER GRANTING REQUEST TO ATTEND TELEPHONICALLY HEARING ON AURORA LOAN SERVICES LLC'S AND DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hearing Date<br>Date:　March 28, 2011<br>Time:　2:00 p.m.<br>Ctrm:　5 – 14th Floor<br><br>SAC Filed:　　　February 8, 2011<br>FAC Filed:　　　April 28, 2010<br>Complaint Filed:　March 3, 2010<br>Trial Date:　　　None |

///

///

{DN068110;1}　　　　　　　　　　　　1　　　　　　　　　　　　Case No. 2:10-cv-00518-WBS-GGH

**[PROPOSED] ORDER**

1  Pursuant to the written request by counsel for defendants Aurora Loan Services
2  LLC (**Aurora**) and Deutsche Bank Trust Company Americas (**Deutsche Bank**) to
3  appear telephonically at the hearing on Aurora's and Deutsche Bank's motion to
4  dismiss plaintiff's second amended complaint, set for March 28, 2011 at 2:00 p.m., this
5  Court hereby grants such request.  The courtroom deputy shall initiate the telephone
6  conference call to counsel at (303) 260-7712.

7  Dated:  March 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is 511 16th Street, Suite 420, Denver, Colorado 80202.

On **March 10, 2011**, I served the following documents on the persons below as follows:

**[PROPOSED] ORDER GRANTING REQUEST TO ATTEND TELEPHONICALLY HEARING ON AURORA LOAN SERVICES LLC'S AND DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

**\*\*\*SEE ATTACHED SERVICE LIST\*\*\***

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Denver, Colorado.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **March 10, 2011**, at Denver, Colorado.


Toni M. Domres
(Type or print name)                                    (Signature)

# SERICE LIST

*Foster v. SCME Mortgage Bankers, Inc., et al.*

Case No. 2:10-cv-00518-WBS-GGH

---

Robert A. Spanner, Esq.
Trial & Technology Law Group
3723 Haven Avenue, Ste. 132
Menlo Park, CA 94025
Email: ras@techtriallaw.com
*Attorney for Plaintiff*

Jason M. Julian, Esq.
Mary Kate Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
E-mail: jmj@severson.com
E-mail: mks@severson.com
*Attorneys for Defendant Homecomings Financial, LLC*

Robin Prema Wright
Wright, Finlay & Zak, LLP
4665 Macarthur Court, Suite 280
Newport Beach, CA 92660
E-mail: rwright@wrightlegal.net
*Attorneys for Cal-Western Reconveyance Corporation*