TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE, SUITE 132
MENLO PARK, CA 94025
PHONE: (650) 324-2223/(650) 324-2277
FAX: (650) 324-0178
email - ras@techtriallaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. FOSTER, | CASE NO.  10-CV-00518 WBS GGH |
| Plaintiff, | **ORDER ALLOWING PLAINTIFF'S COUNSEL TO TELEPHONICALLY ATTEND HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| SCME MORTGAGE BANKERS, INC., *et al.*, | |
| Defendants. | Date:   March 28, 2011 |
| _____/ | Time:   2:00 p.m. |
| | Crtrm:  5 |

Pursuant to the written application by counsel for Plaintiff GARY FOSTER to telephonically appear at the hearing on Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint, said application is GRANTED.  The courtroom deputy shall initiate the telephone conference call to counsel at (650) 324-2277.

Dated:  March 15, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Granting Counsel's Request to Appear by Telephone – Case No. 10-CV-00518 WBS GGH

2