UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. FOSTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCME MORTGAGE BANKERS, INC., et al.,<br><br>　　　　Defendants. | Case No.:  10-CV-00518 WBS GGH<br><br>ORDER ALLOWING REQUEST TO ATTEND THE MOTION TO DISMISS HEARING TELEPHONICALLY<br><br>Date:　　　March 28, 2011<br>Time:　　　2:00 P.M.<br>Courtroom: 5 |

　　　Pursuant to the written request by counsel for Defendant Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc. ("Homecomings") to telephonically appear at the hearing on Homecomings' Motion to Dismiss set for March 28, 2011, at 2:00 p.m., this Court hereby grants such request.  The courtroom deputy shall initiate the telephone conference call to counsel at (415) 677-5552.

DATED:  March 15, 2011

　　　　　　　　　　　　　　　　　　_/s/ William B. Shubb_
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER RE REQUEST  TO ATTEND TELEPHONICALLY