MARY KATE SULLIVAN (State Bar No. 180203)
JASON M. JULIAN (State Bar No. 215342)
SEVERSON & WERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. FOSTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>SCME MORTGAGE BANKERS, INC., et al.,<br><br>    Defendants. | Case No.:  10-CV-00518 WBS GGH<br><br>ORDER RE: REQUEST TO ATTEND HEARING TELEPHONICALLY<br><br>Date:     June 18, 2012<br>Time:     2:00 P.M.<br>Courtroom: 5 |

Counsel for Defendant Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc. ("Homecomings") has moved to telephonically appear at the hearing set for June 18, 2012, at 2:00 p.m.  Because counsel's offices are in San Francisco and defendant is the moving party, and because oral arguments in person would be more helpful to the court, defendant's request is DENIED.  However, if by the day before the hearing plaintiff has still not filed an opposition to the motion, defendant may renew its request for telephonic appearance at that time.

DATED: June 7, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

19000.0356/2235745.1

[PROPOSED] ORDER RE REQUEST TO ATTEND TELEPHONICALLY